UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

V.

Docket No. 2:21-cr-022-1

LOREN SENNA,
    Defendant

## MOTION TO WITHDRAW

NOW COMES the Defendant, Loren Senna, by and through his attorney, Karen Shingler, Esq., and hereby moves the Honorable Court to permit counsel to withdraw from representing the Defendant at the Defendant's request. Undersigned joins in this request and requests the Court to assign new counsel for the Defendant.

DATED at South Burlington, Vermont, this 30th day of April, 2022.

LOREN SENNA

By: _____
    Karen Shingler, Esq.
    1233 Shelburne Rd, #C-4
    So. Burlington, VT 05403
    802-865-0654
    shinglerkr@aol.com